◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLAY SHAHEIM, Appellant. [881 NYS2d 360]—Appeals by the defendant, as limited by his motion, from two sentences of the Supreme Court, Kings County (Firetog, J.), both imposed July 27, 2007, under indictment Nos. 6796/01 and 8235/06, on the ground that the sentences were excessive.

Ordered that the sentences are affirmed. No opinion. Prudenti, P.J., Skelos, Florio and Dickerson, JJ., concur.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRE SMITH, Appellant. [881 NYS2d 311]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 17, 2007 (*People v Smith,* 39 AD3d 773 [2007]), affirming a judgment of the County Court, Westchester County, rendered May 24, 2005.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Santucci, Florio and Miller, JJ., concur.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER THOMPSON, Appellant. [881 NYS2d 310]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 30, 2000 (*People v Thompson,* 276 AD2d 811 [2000]), affirming a judgment of the Supreme Court, Kings County, rendered June 2, 1998.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Rivera and Santucci, JJ., concur.